CIVIL MINUTES CLOSING

Case No   SACV 18-1392-AG(ADSx)          Date: <u>January 7, 2019</u>

Title: <u>INTOUCH MOBILE, INC v T-MOBILE USA, INC, ET AL</u>

Present   <u>ANDREW J. GUILFORD , United States District Court Judge</u>

|  |  |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

-------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

-----------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------

Proceedings:          ☐ In Court      X In Chambers      ☐ Counsel Notified

☐      Case previously closed in error.  Make JS-5**.**

X      Case should have been closed on entry dated <u>9/5/18, Docket #10.</u>  Make JS-6.

☐      Case settled but may be reopened if settlement is not finalized within     days.  Make
         JS-6.

☐      Other                              .

☐      Entered                              .