# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| INTOUCH MOBILE, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC, and DOES 1 through 20,<br><br>Defendants. | **Case No. 8:18-cv-01392-AG-ADS**<br><br>Hon. Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(A)(ii)** |

Having read and considered the Parties', Plaintiff Intouch Mobile, Inc. and Defendant T-Mobile USA, Inc., Stipulation of Dismissal of Entire Action with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
The Honorable Andrew J. Guilford
Judge of the United States District Court